UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-20256-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL T. ALBERT,

        Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on the Superceding Petition for Offender Under Supervision. DE 149. The matter was referred to Magistrate Sullivan who on November 19th, 2007 issued a Report (DE 165) recommending that Defendant's supervised release be revoked based on the Defendant's admission to violations one (1) through six (6). The Report further recommended that violation seven (7) be dismissed. The parties have not objected to the Report and the matter is ripe for disposition.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 165) is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this __7__ day of December, 2007.

                              URSULA UNGARO
                              UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record